## Alice Jonkman, Appellant, v. George Singletary, Appellee.

Gen. No. 47,103.

First District, Third Division.
November 6, 1957.
Released for publication December 18, 1957.

Fischer, Bosgraf & MacKenzie and John J. Kennelly, of Chicago (Gerald M. Chapman, of counsel) for plaintiff; Wyatt Jacobs, of Jacobs, Miller, Rooney and Lederleitner, of Chicago (Joseph B. Lederleitner, and Wm. L. Eifrig, of counsel) for appellee. Opinion by JUDGE FRIEND. Not to be published in full.